# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

TOUCHSTREAM TECHNOLOGIES, INC.,

*Plaintiff,*

v.

ALTICE USA, INC., et al.,

*Defendants.*

Case No. 2:24-cv-03186-GRB-SIL

Hon. Gary J. Brown, U.S.D.J.
Hon. Steven I. Locke, U.S.M.J.

**Jury Trial Demanded**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Krishnan Padmanabhan, sworn to on September 11, 2025, and the accompanying Memorandum of Law in Support of Altice USA, Inc., Cequel Communications, LLC, CSC Holdings, LLC, and Friendship Cable of Texas, Inc.'s (together, "Defendants") Motion for Judgment on the Pleadings as to Touchstream's Claim of Willful Infringement, Defendants will move this Court before the Honorable Steven I. Locke, United States Magistrate Judge for the United States District Court for the Eastern District of New York, at the United States Courthouse, 100 Federal Plaza Central Islip, NY 11722, at a date to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(c), dismissing plaintiff's claim for willful infringement and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 6.1(b) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, opposing papers and answering memoranda, if any, shall be served within fourteen (14) days after service of this motion.

Dated:  New York, New York
        September 11, 2025

                                    **WINSTON & STRAWN LLP**


                                    By:   /s/ *Krishnan Padmanabhan*
                                          Krishnan Padmanabhan
                                          Lisa M. Coutu
                                          Christopher Gresalfi
                                          Zachary Bass
                                          Daniel Marzagalli
                                          **WINSTON & STRAWN LLP**
                                          200 Park Avenue
                                          New York, NY 10166
                                          (212) 294-6700
                                          kpadmanabhan@winston.com
                                          lcoutu@winston.com
                                          cgresalfi@winston.com
                                          Zbass@winston.com
                                          DMarzagalli@winston.com

                                          *Counsel for Defendants*


TO:

        Philip Eckert
        1401 New York Ave N.W.
        Washington, DC 2005
        (202) 237-2727
        peckert@bsfllp.com
        *Counsel for Plaintiff*

2